# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marvin Thomas,<br><br>Plaintiff,<br><br>v.<br><br>Cook County Sheriff Thomas Dart,<br><br>Defendant. | Case No. 17-cv-04233<br>Judge Mary M. Rowland |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Cook County Sheriff Thomas Dart
and against plaintiff Marvin Thomas.
Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date: 7/14/2021                                       Thomas G. Bruton, Clerk of Court

                                                      Dawn A. Moreno, Deputy Clerk