# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

_Deputy Clerk_
_of the United States_
_Court of Appeals for the_
_Seventh Circuit_

July 12, 2022

Before

DANIEL A. MANION, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge* *
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 21-2458 | MARVIN THOMAS,<br>            Plaintiff - Appellant<br><br>v.<br><br>THOMAS J. DART, et al.,<br>            Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:17-cv-04233<br>Northern District of Illinois, Eastern Division<br>District Judge Mary M. Rowland ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

* Circuit Judge Kanne died on June 16, 2022, and did not participate in the decision of this case, which is being resolved under 28 U.S.C. § 46(d) by a quorum of the panel.

form name: **c7_FinalJudgment**    (form ID: **132**)